IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| PARK EMPLOYEES' AND RETIREMENT BOARD EMPLOYEES' ANNUITY AND BENEFIT FUND OF CHICAGO, derivatively and on behalf of BioScrip, Inc., | § § § § § § | No. 198, 2017 |
| Plaintiff Below, Appellant, | § § § | |
| v. | § § | Court Below—Court of Chancery of the State of Delaware |
| RICHARD M. SMITH, MYRON Z. HOLUBIAK, CHARLOTTE W. COLLINS, SAMUEL P. FRIEDER, DAVID R. HUBERS, RICHARD L. ROBBINS, STUART A. SAMUELS, GORDON H. WOODWORD, KIMBERLEE C. SEAH, HAI V. TRAN, PATRICIA BOGUSZ, KOHLBERG & CO., L.L.C., KOHLBERG MANAGEMENT V, L.L.C., KOHLBERG INVESTORS V, L.P., KOHLBERG PARTNERS V, L.P., KOHLBERG TE INVESTORS V, L.P., KOCO INVESTORS V, L.P. and JEFFERIES LLC, | § § § § § § § § § § § § § § § § § § § § | C.A. No. 11000-VCG |
| Defendants Below, Appellees, | § § § | |
| and | § § | |
| BIOSCRIP, INC., | § § | |
| Nominal Defendant Below, Appellee. | § § | |

Submitted: November 15, 2017
Decided: November 27, 2017

Before **STRINE**, Chief Justice; **VALIHURA, VAUGHN, SEITZ,** and **TRAYNOR**, Justices, constituting the Court *en Banc*.

# **O R D E R**

This 27th day of November 2017, it appears to the Court that the judgment of the Court of Chancery should be affirmed on the basis of and for the reasons assigned in its order dated May 31, 2016.[1]

NOW, THEREFORE, IT IS ORDERED that the judgment of the Court of Chancery is hereby AFFIRMED.

BY THE COURT:

*/s/ Leo E. Strine, Jr.*

Chief Justice

---

[1] *Park Emps.' & Ret. Bd. Emps.' Annuity & Benefit Fund of Chicago v. Smith,* 2016 WL 3223395 (Del. Ch. May 31, 2016).